AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN JAY PINCUS HUETER, AKA TAO, ET AL., <br><br>Plaintiffs, <br><br> vs. <br><br>AST TELECOMM LLC, ET AL., <br><br>Defendants. | JUDGMENT IN A CIVIL CASE <br><br> Case: CIVIL NO. 21-00377 JMS-KJM <br><br><br> FILED IN THE <br> UNITED STATES DISTRICT COURT <br> DISTRICT OF HAWAII <br><br> June 16, 2023 <br><br> At 4 o'clock and 40 min p.m. <br> LUCY H. CARRILLO, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been considered and a decision has been rendered.

On June 16, 2023, the Court issued its Order, ECF 225: "ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS, ECF NOS. 202, 205 & 206" (June 16, 2023 Order).

IT IS ORDERED AND ADJUDGED that the Complaint is hereby DISMISSED, pursuant to and in accordance with the June 16, 2023 Order. Further, the clerk of court is directed to close the case.

| | |
|---|---|
| June 16, 2023 | LUCY H. CARRILLO |
| Date | Clerk |
| | /S/ LUCY H. CARRILLO, by J.I. |
| | (By) Deputy Clerk |